FILED

2008 SEP 30  AM 9: 27

U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | SACR08- 00223 -16 |
| V. | | |
| Nathanuel G. Lineham | DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed.  Information not applicable or unknown will be indicated as "N/A".

1.  Date and time of arrest ___6:05 AM___ / ___9·30·2008___  ☒ AM / ☐ PM

2.  Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
    ___21 USC  846, 963  and  18 USC  1456___

3.  Offense charged is a: ☒ Felony     ☐ Minor Offense     ☐ Petty Offense     ☐ Other Misdemeanor

4.  U.S. Citizen: ☒ Yes     ☐ No     ☐ Unknown

5.  Year of Birth: ___1968___

6.  The defendant is:  ☒ Presently in custody on this charge.
    ☐ At liberty on bond posted before a Magistrate Judge.
    ☐ At liberty and warrant is requested.
    ☐ Federal - In custody on another conviction.
    ☐ State - In custody awaiting trial on these charges.

7.  Place of detention (if out-of-district): ___N/A___

8.  Date detainer placed on defendant: ___N/A___

9.  This is a reprosecution of previously dismissed charges.  (Docket/Case No. ___N/A___ )

10. Name of Pretrial Services Officer: ___Duty___

11. Remarks (if any): _____

12. Date: _05/30/09_

14. Name: _Scott Dowling_

13. Signature: _____

15. Title: _Sergeant_