# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | SACR 08-223-AG<br>SACR 08-228-AG | | Date | May 22, 2009 |
|---|---|---|---|---|

| Present: The Honorable | Andrew J. Guilford, U.S. District Judge |
|---|---|
| Interpreter | None |

| Lisa Bredahl | Deborah Parker | Terri Flynn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| NATHANIEL GARRARD LINEHAM | X | X | | H. Dean Steward | X | | X |

**Proceedings:**   CHANGE OF PLEA

Defendant moves to change plea to Count 1 of the Indictment in case SACR 08-223-AG and Counts 1 and 2 of the Indictment in case SACR 08-228-AG.

Defendant sworn and states true name as charged.

Defendant enters new and different plea of GUILTY to Count 1 of the Indictment in case SACR 08-223-AG and Counts 1 and 2 of the Indictment in case SACR 08-228-AG.

The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made.  The Court ORDERS the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report,  and the matter is continued to October 19 2009 at 2:30 pm for sentencing.

The Court ORDERS the jury trials vacated as to this defendant only.

| | 0 | : | 12 |
|---|---|---|---|
| Initials of Deputy Clerk | lmb | | |