# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

(___ Amended _____)

Case No.    SACR 08-223-AG                                                Date    February 8, 2010

Present: The Honorable    ANDREW J. GUILFORD

| Lisa Bredahl | Denise Paddock | Terri Flynn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| NATHANIEL GARRARD LINEHAM | X | ☐ | H. Dean Steward | X | ☐ | ☐ | |

**PROCEEDINGS:         SENTENCING AND JUDGMENT HEARING     ☐   Contested     X     Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

_____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.      X  Refer to separate Judgment Order.

_____ Imprisonment for  Years/months   on each of counts _____

_____ Count(s) _____   concurrent/consecutive to count(s) _____

_____ Fine of  $_____   is imposed on each of count(s) concurrent/consecutive.

_____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

_____ Confined in jail-type institution for _____ to be served on consecutive days/weekends

          commencing _____

_____ years/months Supervised Release/Probation imposed on count(s) _____

consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

_____ Perform _____ hours of community service.

_____ Serve _____ in a CCC/CTC.

_____ Pay  $_____ fine amounts & times determined by P/O.

_____ Make  $_____ restitution in amounts & times determined by P/O.

_____ Participate in a program for treatment of narcotic/alcohol addiction.

_____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

_____ Other conditions: _____

_____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.

                                         per count, special assessment to the United States for a

_____ Pay  $_____ total of                                              $_____

_____ Imprisonment for  months/years   and for a study pursuant to 18 USC _____

with results to be furnished to the Court within    days/months    whereupon the sentence shall be subject to modification.  This matter is set for further hearing on _____

_____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

_____ Defendant informed of right to appeal.

_____ ORDER sentencing transcript for Sentencing Commission.      _____ Processed statement of reasons.

_____ Bond exonerated _____ upon surrender _____ upon service of _____

_____ Execution of sentence is stayed until 12 noon, _____

at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.

_____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

_____ Present bond to continue as bond on appeal.      _____ Appeal bond set at  $_____

_____ Filed and distributed judgment.  ENTERED.

_____ Other _____

                                                                    _____ :   34

                                         Initials of Deputy Clerk   lmb _____

cc:

---

CR-90 (2/09)                **CRIMINAL MINUTES - SENTENCING AND JUDGMENT**                Page 1 of 1