H. DEAN STEWARD
SBN 85317
107 Avenida Miramar
Ste. C
San Clemente, CA 92672
Telephone: (949) 481-4900
Facsimile: (949) 496-6753

Attorney for Defendant
NATHANAEL LINEHAM

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. SA-CR-08-223-AG |
| | ) & SA-CR-08-228-AG |
| Plaintiff, | ) |
| | ) **[Proposed] ORDER RE PRE-** |
| v. | ) **SENTENCE REPORT** |
| | ) |
| NATHANAEL LINEHAM | ) |
| | ) |
| Defendant. | ) |
| | ) |

A sufficient showing having been made, it is ordered:

The Probation Department shall amend the Pre-Sentence

Report, addendum and the recommendation letter to the Court

to reflect that the defendant is a U.S. Citizen.

Specifically, changes are to be made at:

PSR §78

1

Addendum to PSR, 2-8-10, §1

Recommendation letter, 2-8-10 at p. 4

So ordered.

Dated: Feb. _____, 2010        _____

                                   Hon. Andrew J. Guilford

                                   U.S. District Judge

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED THAT:

I, H. Dean Steward, am a citizen of the United States, and am at least 18 years of age. My business address is 107 Avenida Miramar, Ste. C., San Clemente, CA 92672.

I am not a party to the above entitled action. I have caused, on Feb. 9, 2010, service of the defendant's:

**Proposed order re PSR**

on the following parties electronically by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

**AUSA Terri Flynn- SA**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Feb. 9,2010

s./ H. Dean Steward

H. Dean Steward

3