H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorney for Defendant
Nathanael Lineham

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   vs.<br><br>NATHANAEL LINEHAM<br><br>      Defendant. | Case No.  SACR 08-223-AG<br><br>ORDER RE: TERMINATION OF<br>PROBATION/SUPERVISED RELEASE |

Good cause having been shown, and the Court considered the arguments and documentation from counsel, it is ordered that defendant Nathanael Lineham's supervised release shall terminate forthwith.

So ordered.

Dated: February 18, 2014                  _____

Hon. Andrew Guilford
United States District Judge

- 1 -